GARRICK S. LEW (SBN 61889)
EDWARD J. HU (SBN 260421)
Law Offices of Garrick S. Lew & Associates
Design Center East
600 Townsend Street, Suite 329E
San Francisco, CA 94103-4937
Telephone:    (415) 575-3588
Facsimile:     (415) 522-1506
gsl@defendergroup.com

Attorneys for Defendant
LATRECE O'NEAL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | CR. No. 10-0687 CRB |
| )  Plaintiff,                        ) | STIPULATION FOR TRAVEL ORDER FOR JUNE 11, 2011; [PROPOSED] ORDER. |
| vs.                                  ) | |
| LATRECE O'NEAL, *et al*.             ) | |
| Defendants.                          ) | Court:   Hon. Elizabeth D. Laporte |

Plaintiff, United States of America, by and through its counsel of record, Assistant United States Attorney Thomas Newman, and defendant Latrece O'Neal, by and through her counsel of record, Garrick S. Lew, hereby stipulate that defendant is permitted to travel on Saturday June 11, 2011 to California State Prison, Solano at 2100 Peabody Road in Vacaville, California for the purposes of visiting her brother, Demoin Stroman who is incarcerated there.  The Solano prison is in the Eastern District of California.

Pretrial Services Officer Timothy Elder has been informed of the visit and does not object to

//

//

//

Ms. O'Neal visiting her brother.

1

IT IS SO STIPULATED.

Dated: June 3, 2011           /s/
                              Thomas Newman
                              Assistant United States Attorney

Dated: June 3, 2011           /s/
                              Law Offices of Garrick S. Lew & Assoc.
                              By: Edward J. Hu
                              Attorneys for Defendant LATRECE O'NEAL

1 | GARRICK S. LEW (SBN 61889)
EDWARD J. HU (SBN 260421)
2 | Law Offices of Garrick S. Lew & Associates
Design Center East
3 | 600 Townsend Street, Suite 329E
San Francisco, CA 94103-4937
4 | Telephone:     (415) 575-3588
Facsimile:       (415) 522-1506
5 | gsl@defendergroup.com

6 | Attorneys for Defendant
LATRECE O'NEAL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CR. No. 10-0687 CRB |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] ORDER. |
| vs. | ) | |
| LATRECE O'NEAL, *et al*. | ) | |
| Defendants. | ) | Court: Hon. Elizabeth D. Laporte |

**[~~PROPOSED~~] ORDER**

Upon the foregoing stipulation of the parties, and good cause therefore, IT IS HEREBY ORDERED that defendant shall be permitted to travel on Saturday June 11, 2011 to California State Prison, Solano at 2100 Peabody Road in Vacaville, California for the purposes of visiting her brother, Demoin Stroman who is incarcerated there. IT IS SO ORDERED.

Dated: June 10, 2011

Laurel Beeler
United States Magistrate Judge

1