GARRICK S. LEW (SBN 61889)
EDWARD J. HU (SBN 260421)
Law Offices of Garrick S. Lew & Associates
Design Center East
600 Townsend Street, Suite 329E
San Francisco, CA 94103-4937
Telephone:     (415) 575-3588
Facsimile:     (415) 522-1506
gsl@defendergroup.com

Attorneys for Defendant
LATRECE O'NEAL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 10-0687 CRB |
| Plaintiff, | STIPULATION & [PROPOSED] ORDER FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS. |
| vs. | |
| LATRECE O'NEAL, *et al*. | |
| Defendants. | Hon. Laurel Beeler |

Plaintiff, United States of America, by and through its counsel of record, Assistant United States Attorney Thomas Newman, and defendant Latrece O'Neal, by and through her counsel of record, Garrick S. Lew, hereby stipulate to and move the court for a modification of Ms. O'Neal's pretrial conditions of release permitting her to travel to the Eastern District of California.

Ms. O'Neal is presently restricted to travel in the Northern District of California. Order Setting Conditions of Release and Appearance Bond (Doc. #15), filed September 9, 2009. Ms. O'Neal lives approximately 4 miles from Sacramento County and about 7 miles from Solano County (both in the Eastern District of California) where a significant amount of her family lives.

Associate counsel Edward Hu spoke with Timothy Elder of Pretrial Services who confirmed that Ms. O'Neal is in compliance with all conditions and that he has no objection to allowing her to

1

1 | travel to the Eastern District.

2 |     IT IS SO STIPULATED.

5 | Dated: August 23, 2011                /s/
                                             Law Offices of Garrick S. Lew & Assoc.
                                             By: Edward J. Hu
                                             Attorneys for Defendant LATRECE O'NEAL

Dated: August 23, 2011                /s/
                                             Thomas Newman
                                             Assistant United States Attorney

GARRICK S. LEW (SBN 61889)
EDWARD J. HU (SBN 260421)
Law Offices of Garrick S. Lew & Associates
Design Center East
600 Townsend Street, Suite 329E
San Francisco, CA 94103-4937
Telephone:    (415) 575-3588
Facsimile:     (415) 522-1506
gsl@defendergroup.com

Attorneys for Defendant
LATRECE O'NEAL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 10-0687 CRB |
| Plaintiff, | [PROPOSED] ORDER. |
| vs. | |
| LATRECE O'NEAL, *et al*. | |
| Defendants. | Hon. Laurel Beeler |

**[PROPOSED] ORDER**

Upon the foregoing stipulation of the parties, and good cause being found, IT IS HEREBY ORDERED that defendant Latrece O'Neal's conditions of release be modified to permit her to travel to the Eastern District of California in addition to the Northern District of California.

IT IS SO ORDERED.

Dated:  August 25, 2011 _____
Hon. Laurel Beeler
United States Magistrate Judge

1